UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JON ANDERSEN | CIVIL ACTION |
| VERSUS | NO. 26-999 |
| SEAN BEAVERS ET AL. | SECTION "L" (3) |

### <u>REPORT AND RECOMMENDATION</u>

*Pro se* Plaintiff Jon Andersen filed an Amended Complaint[1] alleging civil rights violations under 42 U.S.C. § 1983.[2] Plaintiff maintains that he omitted any claim arising out of the state criminal proceedings against him or the events underlying those proceedings.[3] On this record, however, the extent of the overlap between Plaintiff's claims and the pending criminal matters is unclear. In any event, Plaintiff consents to a stay of all claims, without prejudice to his right to maintain that *Heck v. Humphrey,* 512 U.S. 477 (1994), does not bar his claims.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's claims against all Defendants be **STAYED WITHOUT PREJUDICE** to Plaintiff's right to move to reopen on any grounds.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual

---

[1] R. Doc. 11.

[2] *Id.* ¶ 1.

[3] Id. ¶ 3.

1

findings and legal conclusions accepted by the district court, provided that the party

has been served with notice that such consequences will result from a failure to object.

28 U.S.C. § 636(b)(1); *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th

Cir. 1996) (en banc).

New Orleans, Louisiana, this 29th day of June, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

2