UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JON ANDERSEN                                             CIVIL ACTION

VERSUS                                                  NO. 26-999

SEAN BEAVERS ET AL.                                     SECTION: "L"(3)

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against all Defendants are **STAYED WITHOUT PREJUDICE** to Plaintiff's right to move to reopen once the underlying criminal actions against him have resolved.

New Orleans, Louisiana, this 14th day of July, 2026.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE